IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHRISTOPHER BROWN,<br><br>Defendant. | Case No.: 4:21-CR-0028-CDL-MSH-3 |

## ORDER

Defendant was indicted on July 8, 2021, ECF No. 1, and arraigned on August 10, 2022. Text-only Entry, Aug. 10, 2022. A pretrial conference is currently scheduled for September 8, 2022. Defendant Brown moves to continue the case to the next trial term, and the Government does not oppose Defendant's motion. ECF No. 160. Specifically, Defendant needs additional time to review discovery, to discuss discovery and possible defenses with counsel, and to discuss a possible resolution with the Government.

IT IS HEREBY ORDERED that the above-referenced matter be continued to next term of Court set for January 2023, and that the Speedy Trial deadline for the trial in this matter imposed by 18 U.S.C. § 3161(c)(1) be extended to that time. The Court finds that the ends of justice served by granting of this continuance outweigh the best interests of the public and the Defendant in a speedy trial because a failure to grant such continuance could result in a miscarriage of justice and would deny counsel for the Defendant and Government the reasonable time necessary for effective preparation. 18 U.S.C. §§ 3161(h)(7)(A)-(B). The delay occasioned by this continuance shall not be considered in calculating the speedy trial deadline under the Speedy Trial Act.

SO ORDERED, this **18th** day of **August, 2022**.

S/Clay D. Land
Clay D. Land, U.S. District Judge